UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-32488 |
|---|---|
| JASON MICHAEL COEN | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4067227**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 10,006 | HSBC AUTO FINANCE<br>BOX 60130<br>CITY OF INDUSTRY, CA  91716 | 3,365.30 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/31/2011

Certificate of Service    06-32488

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JASON MICHAEL COEN
7389 SWEET POTATO RIDGE ROAD
BROOKVILLE, OH  45309

HAROLD W WAMPLER I I I
1343 WOODMAN DR
STE B
DAYTON, OH  45432

(10006.1)
HSBC AUTO FINANCE
BOX 60130
CITY OF INDUSTRY, CA  91716

(83.1n)
OHIO DEPT OF TAXATION
BANKRUPTCY DIVISION
BOX 530
COLUMBUS, OH  43216

(80.1n)
US DEPT OF EDUCATION
DIRECT LOAN SERVICING CENTER
BOX 5609
GREENVILLE, TX  75403

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv